**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

ANTHONY TRUPIA,

    Plaintiff - Appellant,

v.

BOB MOORE ENTERPRISES, L.L.C.,

    Defendant - Appellee.

No. 25-6130
(D.C. No. 5:25-CV-00568-HE)
(W.D. Okla.)

_____

**ORDER**
_____

Before **MATHESON**, **MORITZ**, and **FEDERICO**, Circuit Judges.
_____

The appellant's motion for leave to file an oversized petition for rehearing is granted. The clerk shall file the petition as of the date it was received.

Appellant's petition for rehearing is denied by the panel that rendered the decision.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.


Entered for the Court


Per Curiam